IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A. BELCHER,

      Plaintiff,                          No. CIV S-08-1471 GEB GGH PS

     v.

ARNORLD SCHWARZENEGGER, et al.,      ORDER

      Defendants.

_____/

        This action is related to a previously filed action by the same plaintiff, Civ.S. 08-1185 GEB GGH PS. In that case, the court denied plaintiff's request to file his entire case under seal. The court gave plaintiff the opportunity to voluntarily dismiss his case, however, if he chose not to reveal his filings. Plaintiff voluntarily dismissed that case but then initiated the instant action less than ten days thereafter. By separate order, the two cases have been related. By filing the instant action, plaintiff apparently has chosen to take the risk that his identity will be revealed. If, by filing this action he has instead attempted to judge shop that prior order, his attempt has failed. For the reasons stated herein and in this court's order of June 6, 2008 in the previous action, plaintiff's request to proceed under a pseudonym and to file under seal all filings revealing his true identity is denied.

1        In the instant case, plaintiff alleges a risk of harm to his wife, teenage stepson and
2   elderly parents who may become the objects of unprovoked aggression directed at plaintiff due to
3   his status as a sex offender.[1]
4        Even an elevated risk of violent abuse to sex offenders in the prison system is not
5   sufficient to outweigh the public interest in favor of open judicial proceedings. <u>U.S. v. Stoterau</u>,
6   524 F.3d 988, 1012-13 (9th Cir. 2008). The risk to plaintiff in this case is not so severe, indeed, it
7   is highly speculative, and he has failed to establish compelling justification for using a
8   pseudonym or for filing his action under seal. <u>Id.</u> at 1012. Plaintiff was previously warned that
9   his identity might be revealed if he insisted on pursuing a legal action in this court.
10       Plaintiff has not paid the fee ordinarily required to file an action in this court, and
11  has filed an incomplete application to proceed without prepayment of fees. <u>See</u> 28 U.S.C.
12  §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate
13  affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.
14       Plaintiff's request for a temporary restraining order will be determined by the
15  District Court, and his complaint will be screened by this court at a later date.
16       Accordingly, IT IS HEREBY ORDERED that:
17       1. Plaintiff's June 25, 2008 request to proceed under a pseudonym and that all
18  identifying information be filed under seal is denied.
19       2. Plaintiff's June 25, 2008 request for a temporary restraining order returning
20  internet exclusion will be determined in a separate order by the District Court.
21       3. The Clerk of the Court shall file this entire case in the public record, and this
22  action shall be denominated <u>A. Belcher v. Schwarzenegger</u>.
23       4. Plaintiff shall submit, within twenty days from the date of this order, either a
24  completed application and affidavit in support of his request to proceed in forma pauperis on the

---

[1] In his previous action, plaintiff alleged a risk of harm to his adult daughter.

form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

5. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

DATED: 07/25/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
Belcher1471.ord.wpd