IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A. BELCHER, | ) | 2:08-cv-1471-GEB-DAD |
| | ) | |
| Plaintiff, | ) | ORDER* |
| | ) | |
| v. | ) | |
| | ) | |
| ARNOLD SCHWARZENEGGER, Governor of | ) | |
| California in his official | ) | |
| capacity; JERRY BROWN, Attorney | ) | |
| General of California, in his | ) | |
| official capacity; GEORGE S. | ) | |
| SCARBOROGH, Program Manager of | ) | |
| California in his official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On June 25, 2008, Plaintiff filed a request for leave to proceed under a pseudonym and a request that a temporary restraining order issue enjoining Defendants to "temporarily return plaintiff's internet exclusion status as it existed as of March 13, 2008 . . . ." (Mot. at 4:1-5.)  On July 25, 2008 Magistrate Judge Hollows issued an order denying the request to proceed under a pseudonym and referring

---

\* This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

1 the temporary restraining order request to the undersigned district

2 judge.

3           "Except in the most extraordinary of circumstances, no

4 temporary restraining order shall be granted in the absence of actual

5 notice to the affected party, by telephone or other means, or a

6 sufficient showing of efforts made to provide notice."  Eastern

7 District Local Rule 65-231(a).  A review of the case docket reveals

8 that no Defendant has been served and Plaintiff has not filed an

9 affidavit "detailing the notice or efforts to effect notice to the

10 affected parties or counsel or showing good cause why notice should

11 not be given."  Id. at 65-231(c)(5).  Since Plaintiff has failed to

12 show extraordinary circumstances warranting an *ex parte* proceeding,

13 Plaintiff's motion for a temporary restraining order is denied.

14           IT IS SO ORDERED.

15 Dated:  July 28, 2008

16

17 _____
   GARLAND E. BURRELL, JR.
18 United States District Judge

19

20

21

22

23

24

25

26

27

28