UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY BELCHER,                          )
                                          )      2:08-cv-01471-GEB-GGH
              Plaintiff,                  )
                                          )
        v.                                )      ORDER
                                          )
ARNOLD SCHWARZENEGGER; JERRY BROWN;)
GEORGE S. SCARBOROUGH, Program     )
Manage of California,                     )
                                          )
              Defendants.                 )
_____)

        Plaintiff seeks reconsideration of the Magistrate Judge's

denial of Plaintiff's request to proceed in this action under the

pseudonym John Doe.  A Magistrate Judge's order is not to be

reconsidered unless it is "clearly erroneous or contrary to law."

28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a).  Plaintiff's

reconsideration motion contains only conclusory arguments which

fail to show that the Magistrate Judge's decision was clearly

erroneous or contrary to law.  Therefore, the motion is denied, and

the Magistrate Judge's decision is affirmed.

Dated:  January 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge