IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A. BELCHER,

      Plaintiff,                     No. CIV S-08-1471 GEB GGH PS

     v.

ARNOLD SCHWARZENEGGER, et al.,      ORDER

      Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed July 25, 2008, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee. Although plaintiff filed a request for reconsideration of that order, the district court denied that request on January 9, 2009. Therefore, plaintiff at least should have filed his in forma pauperis application or paid the filing fee within 20 days of the January 9th order, and he has not done so.

/////

/////

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 19, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076
Belcher1471.fifp.wpd